# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Blane Corey DeSantis
*Executor and Beneficiary of the BLANE CORE DESANTIS TRUST and The DeSantis Empire Trust, Principal Secured Party Creditor, Living Man Jus Soli Sui Juris*
　　　　　　　　　　*Plaintiff*
　　　　　　v.
Transunion
　　　　　　　　　　*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2025

SEAN F. McAVOY, CLERK

Civil Action No. 2:25-cv-00287-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: DISMISSED WITHOUT PREJUDICE for failing to pay the filing fee.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge　Mary K. Dimke

Date: 10/23/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*